**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DOCKET SEARCHER LLC,**

      **Plaintiff,**

    **v.**

                                 **Civil Action 2:25-cv-485**
                                 **Judge Edmund A. Sargus, Jr.**
                                 **Magistrate Judge Chelsey M. Vascura**

**BOYD WILLIAM GENTRY,** *et al.***,**

      **Defendants.**

**ORDER**

Plaintiff's Motion to Quash Subpoena and for Sanctions (ECF No. 44) is **DENIED**

**WITHOUT PREJUDICE**. This Court's Local Rules provide that "motions . . . relating to

discovery shall not be filed in this Court under any provision in Fed. R. Civ. P. 26 or 37 unless

the parties have first exhausted among themselves all extrajudicial means for resolving their

differences." S.D. Ohio Civ. R. 37.1. Plaintiff's Motion does not reflect that the parties have

done so. Moreover, the undersigned's Preliminary Pretrial Order provides that "[i]f the parties

are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they

are directed to arrange an informal conference with the Court." (Order 2, ECF No. 32). Plaintiff

likewise failed to request an informal conference prior to filing its Motion.

Accordingly, under S.D. Ohio Civ. Rule 37.1 and the Preliminary Pretrial Order, Plaintiff

must confer, or attempt to confer, in good faith with Defendant LVNV Funding LLC regarding

LVNV's subpoena to Stripe Payments Company. If the parties are unable to reach an agreement,

they are directed to contact the Court to arrange an informal discovery conference before filing any further discovery-related motions.

To prevent Stripe Payments Company from responding to the subpoena before the dispute has been resolved, it is **ORDERED** that Stripe Payments Company shall not respond to the subpoena unless instructed to do so by further order of the Court. LVNV is **ORDERED** to immediately serve a copy of this Order on Stripe Payments Company.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE